# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Larry Hinton, et al.

               Plaintiff,

v.

City Of Chicago, et al.

               Defendant.

Case No.: 1:22–cv–05760
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed the parties' joint initial status report [16]. As this case is part of In re: Watts Coordinated Pretrial Proceedings, the initial status hearing before Judge Wood set for 1/4/2023 is stricken; parties need not appear. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.