IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Larry Hinton and Roy Hinton, | ) | |
| | ) | No. 22-cv-5760 |
| *Plaintiff* | ) | |
| | ) | *(Judge Hunt)* |
| -vs- | ) | |
| | ) | |
| City of Chicago, et al. | ) | |
| | ) | |
| *Defendants* | ) | |

## JOINT STATUS REPORT

The parties, by counsel, submit this joint status report pursuant to the Court's Order of December 30, 2024:

The parties have exchanged Rule 26 disclosures and served written discovery requests. The parties will schedule depositions after receiving responses to the written discovery requests.

The parties intend to seek a settlement referral in this case at an appropriate time in the future.

Respectfully submitted,

/s/  Joel A. Flaxman
      Joel A. Flaxman
      ARDC No. 6292818
      Kenneth N. Flaxman
      200 S Michigan Ave, Ste 201
      Chicago, IL 60604
      (312) 427-3200
      *attorneys for plaintiff*

/s/  Paul A. Michalik (by consent)
    Daniel M. Noland
    Terrence M. Burns
    Paul A. Michalik
    Katherine C. Morrison
    Daniel J. Burns
    Dhaviella N. Harris
    Burns Noland LLP
    311 S. Wacker Dr., Suite 5200
    Chicago, IL 60606
    (312) 982-0090
    *attorneys for defendants Chicago, Cline, and Kirby*

/s/  Brian P. Gainer (by consent)
    Brian P. Gainer
    Monica Burkoth
    Lisa M. McElroy
    Johnson & Bell, Ltd.
    33 West Monroe St., Ste 2700
    Chicago, IL 60603
    (312) 372-0770
    *attorneys for defendant Ronald Watts*

/s/  Eric S. Palles (by consent)
    Eric S. Palles
    Sean M. Sullivan
    Lisa Altukhova
    Mohan Groble Scolaro, PC
    55 West Monroe St., Ste 1600
    Chicago, IL 60603
    (312) 422-9999
    *attorneys for defendant Mohammed*

/s/  Jason M. Marx (by consent)
    Special Assistant Corporation Counsel
    Andrew M. Hale
    Anthony E. Zecchin
    Jason M. Marx

-2-

Kelly M. Olivier
Hannah Beswick-Hale
Hale & Monico LLC
53 West Jackson Blvd., Ste 334
Chicago, IL 60604
(312) 341-9646
*attorneys for remaining defendants*